# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CALVIN B. JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-031 |
| | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Calvin James has submitted a handwritten version of the Court's form motion to proceed *in forma puaperis* (IFP). Doc. 2. The federal courts have long made available to jails and prisons specific forms for filing habeas and civil rights cases. In *Williams v. Freesemann*, 2015 WL 6798946 at * 1 n. 4 (S.D. Ga. Oct. 15, 2015), this Court noted that some inmate-litigants bypass those forms in favor of "home-brewed" filings. Adverse factors can motivate that effort. The Court's forms force inmates to answer questions aimed at capturing things like 28 U.S.C. § 1915(g) strikes and repeat (*e.g.*, successive writ) habeas filings, *see, e.g.*, *Bright v. Corizon Health Corp.*, 2015 WL 9257155 at * 1 (S.D. Ga. Dec. 18, 2015) ("Bright's incentive to omit his prior case information is strong because of the § 1915(g) three-strike bar."), as well as disclose all assets and other

sources of income and liabilities. "Home-brewers" typically omit those prophylactic questions from their filings.

Accordingly, plaintiff must resubmit his request to proceed IFP on this Court's form within 14 days of the date this Order is served. Plaintiff is therefore **ORDERED** to complete the attached **Form Application to Proceed Without Prepayment of Fees**.[1]

**SO ORDERED**, this  21st  day of February, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk is **DIRECTED** to serve a copy of the form along with service of this Order.