# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CALVIN B. JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-031 |
| | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Calvin James has submitted a second handwritten version of the Court's form motion to proceed *in forma pauperis* (IFP), complaining that because he needs a personal copy he cannot return the Court's form. Doc. 5. Asking plaintiff to complete a court-provided form is not a ploy to "hinder" plaintiff or "play[ ] juvenile mind games," as he suggests. *Id.* It is merely to build a complete, and *legible*, record.

To enable James to comply with the Court's unambiguous order, the Clerk is **DIRECTED** to send *two* blank copies of the Court's IFP form.

James is **ORDERED** to complete one and return it to this Court within 14 days.

**SO ORDERED**, this  1st  day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA