# United States District Court
## Southern District of Georgia

CALVIN B. JAMES

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19CV-31

UNITED STATES DISTRICT COURT

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 6, 2019 adopting the Magistrate Judge's Report and Recommendation as the opinion of this court, the Plaintiff's Complaint is dismissed without prejudice. This case stands closed.



May 6, 2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*